Kathryn A. Ellis  
600 Stewart Street  
Suite 1300  
Seattle, WA 98101  
(206) 682-5002  
    Chapter 7 Trustee

The Honorable:                      Paul B. Snyder  
Chapter 7  
Location:                               Tacoma  
Hearing Date:                           / /  
Hearing Time:  
Response Date:                         / /

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re: GRANT, CAROL ANN         §  Case No. 12-43564-PBS  
                                                §  
                                                §  
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION  
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED  
AND APPLICATION TO BE DISCHARGED (TDR)**

    Kathryn A. Ellis, chapter 7 trustee, submits this Final Account,  
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $162,609.02                  Assets Exempt: $143,759.02  
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,879.15     Claims Discharged  
                                                     Without Payment: $81,979.22

Total Expenses of Administration: $3,070.85

---

    3) Total gross receipts of $ 10,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,250.00 (see **Exhibit 2**), yielded net receipts of $8,950.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $30,034.82 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,070.85 | 3,070.85 | 3,070.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 47,338.00 | 46,981.47 | 46,981.47 | 5,879.15 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,241.90 | 13,157.43 | 13,157.43 | 0.00 |
| **TOTAL DISBURSEMENTS** | $117,614.72 | $63,209.75 | $63,209.75 | $8,950.00 |

4) This case was originally filed under Chapter 7 on May 22, 2012. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/03/2013      By: /s/Kathryn A. Ellis
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Scion | 1129-000 | 10,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Carol Grant | debtor's reduced exemption in 2008 Scion | 8100-002 | 1,250.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,250.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CHASE HOME EQUITY LOAN SERVICE | 4110-000 | 30,034.82 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$30,034.82** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kathryn A. Ellis | 2100-000 | N/A | 1,645.00 | 1,645.00 | 1,645.00 |
| Kathryn A. Ellis | 2200-000 | N/A | 20.85 | 20.85 | 20.85 |
| Stokes Auction | 3610-000 | N/A | 1,020.00 | 1,020.00 | 1,020.00 |
| Stokes Auction | 3620-000 | N/A | 310.00 | 310.00 | 310.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,070.85** | **$3,070.85** | **$3,070.85** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5A | IRS Special Procedures | 5800-000 | 47,338.00 | 46,981.47 | 46,981.47 | 5,879.15 |
| NOTFILED | PIERCE CO, ASSESSOR-TREASURER | 5800-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$47,338.00** | **$46,981.47** | **$46,981.47** | **$5,879.15** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-000 | 3,642.75 | 3,642.75 | 3,642.75 | 0.00 |
| 2 | Capital One NA | 7100-000 | 148.32 | 148.32 | 148.32 | 0.00 |
| 3 | Quantum3 Group LLC | 7100-000 | 72.28 | 73.48 | 73.48 | 0.00 |
| 4 | Discover Bank | 7100-000 | 8,189.26 | 8,350.68 | 8,350.68 | 0.00 |
| 5B | IRS Special Procedures | 7300-000 | N/A | 472.38 | 472.38 | 0.00 |
| 6 | GE Capital Retail Bank | 7100-000 | 469.82 | 469.82 | 469.82 | 0.00 |
| NOTFILED | EMERALD QUEEN CASINO | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Complete Payment Recovery Serv | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | EMERALD QUEEN CASINO | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | EMERALD QUEEN CASINO | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | REDWIND CASINO | 7100-000 | 3,300.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | MACY's BANKRUPTCY BANKRUPTCY PROCESSING | 7100-000 | 246.46 | N/A | N/A | 0.00 |
| NOTFILED | CHASE BANKRUPTCY DEPT | 7100-000 | 11,653.08 | N/A | N/A | 0.00 |
| NOTFILED | PIERCE CO, ASSESSOR-TREASURER | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT&T UNIVERSAL CARD CORRESP. | 7100-000 | 12,344.93 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $40,241.90 | $13,157.43 | $13,157.43 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-43564-PBS  **Trustee:** (670270) Kathryn A. Ellis
**Case Name:** GRANT, CAROL ANN  **Filed (f) or Converted (c):** 05/22/12 (f)
**§341(a) Meeting Date:** 07/03/12
**Period Ending:** 06/03/13  **Claims Bar Date:** 12/24/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence | 147,100.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand | 5.00 | 0.00 | | 0.00 | FA |
| 3 | Chase checking and savings account | 0.00 | 0.00 | | 0.00 | FA |
| 4 | misc. household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | pictures, records, CDs | 400.00 | 0.00 | | 0.00 | FA |
| 6 | clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7 | jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8 | bicycle and pistol | 200.00 | 0.00 | | 0.00 | FA |
| 9 | 401k | 11,067.46 | 0.00 | | 0.00 | FA |
| 10 | pension | 136.56 | 0.00 | | 0.00 | FA |
| 11 | 2008 Scion | 12,825.00 | 8,292.50 | | 10,200.00 | FA |
| 12 | 2005 Scion | Unknown | 0.00 | | 0.00 | FA |
| 13 | printer | 100.00 | 0.00 | | 0.00 | FA |
| 14 | cat | 0.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$175,434.02** | **$8,292.50** | | **$10,200.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   **Current Projected Date Of Final Report (TFR):**   January 17, 2013  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-43564-PBS  
**Case Name:** GRANT, CAROL ANN  

**Taxpayer ID #:** **-***3346  
**Period Ending:** 06/03/13

**Trustee:** Kathryn A. Ellis (670270)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-66 - Checking Account  
**Blanket Bond:** $78,692,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/24/12 | | Stokes Auction | sale of 2008 Scion | | | 8,870.00 | | 8,870.00 |
| | {11} | | sale price | 10,200.00 | 1129-000 | | | 8,870.00 |
| | | Stokes Auction | auctioneer's fee | -1,020.00 | 3610-000 | | | 8,870.00 |
| | | Stokes Auction | auctioneer's expenses | -310.00 | 3620-000 | | | 8,870.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 8,845.00 |
| 10/16/12 | 101 | Carol Grant | debtor's reduced exemption in 2008 Scion | | 8100-002 | | 1,250.00 | 7,595.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 7,570.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 7,545.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001067027088 20121220 | | 9999-000 | | 7,545.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 8,870.00 | 8,870.00 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 7,545.00 | |
| | | | **Subtotal** | | | 8,870.00 | 1,325.00 | |
| | | | Less: Payments to Debtors | | | | 1,250.00 | |
| | | | **NET Receipts / Disbursements** | | | **$8,870.00** | **$75.00** | |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-43564-PBS  
**Case Name:** GRANT, CAROL ANN

**Taxpayer ID #:** **-***3346  
**Period Ending:** 06/03/13

**Trustee:** Kathryn A. Ellis (670270)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****602666 - Checking Account  
**Blanket Bond:** $78,692,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,545.00 | | 7,545.00 |
| 02/11/13 | 10102 | Kathryn A. Ellis | Dividend paid 100.00% on $1,645.00, Trustee Compensation; Reference: | 2100-000 | | 1,645.00 | 5,900.00 |
| 02/11/13 | 10103 | Kathryn A. Ellis | Dividend paid 100.00% on $20.85, Trustee Expenses; Reference: | 2200-000 | | 20.85 | 5,879.15 |
| 02/11/13 | 10104 | IRS Special Procedures | Dividend paid 12.51% on $46,981.47; Claim# 5A; Filed: $46,981.47; Reference: 0739 | 5800-000 | | 5,879.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,545.00 | 7,545.00 | $0.00 |
| | | | Less: Bank Transfers | | 7,545.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,545.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,545.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******65-66** | 8,870.00 | 75.00 | 0.00 |
| **Checking # ****602666** | 0.00 | 7,545.00 | 0.00 |
| | $8,870.00 | $7,620.00 | $0.00 |

{} Asset reference(s)